UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ELDON BREEDLOVE,

              Petitioner,

v.

JEFFREY A. UTTECHT,

              Respondent.

CASE NO. 19-5344-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 19. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Petitioner's petition for habeas corpus, Dkt. 6, is **DENIED** without prejudice;

(3)     A certificate of appealability is **DENIED**; and

(4)     This case is closed.

Dated this 10th day of June, 2020.

                                                BENJAMIN H. SETTLE
                                                United States District Judge

ORDER - 1